DETERMINED IN THE

# SECOND DEPARTMENT

IN THE

## APPELLATE DIVISION,

### March, 1897.*

---

MARGARET LOY, Respondent, v. THE METROPOLITAN ELEVATED RAILWAY COMPANY and THE MANHATTAN RAILWAY COMPANY, Appellants.

*Judgment — error in calculating damages — the remedy is by motion.*

Where an error has been made in the calculation of past damages resulting to an abutting owner from the operation of an elevated railroad, a motion should be made to correct the judgment.

No appeal is necessary to correct such an error.

APPEAL by the defendants, The Metropolitan Elevated Railway Company and another, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of New York on the 16th day of April, 1896, upon the decision of the court rendered after a trial at the New York Special Term.

This appeal was transferred from the first department to the second department.

*Julien T. Davies, L. W. Naylor* and *Howard Mc Williams,* for the appellants.

*Charles A. B. Pratt* and *Edward A. Hibbard,* for the respondent.

PER CURIAM:

We think the award in this case both for rental and fee damage was justified by the evidence given upon the trial, except that the

---

* The other cases of this term will be found in volume 14 App. Div.— [REP.

APP. DIV.—VOL. XV.     1

award for rental damage should have been from September 23, 1886, instead of from July 7, 1885. This increased the damages for past rental by the sum of $183, in excess of what plaintiff was entitled to recover upon the basis of damage adopted by the court below. Relief could have been obtained in this regard by motion made to correct the judgment, as it was a clear error based upon the mistaken assumption of the date when plaintiff's interest was acquired. No appeal was necessary to correct this error, as the court possessed the power to correct its own judgment

The judgment should, therefore, be modified by deducting therefrom the sum of $183 awarded as rental damage, and, as modified, the judgment should be affirmed, with costs.

All concurred.

Judgment modified by deducting therefrom the sum of $183 awarded as rental damage, and, as modified, affirmed, with costs.